# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:20-CR-435-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| IZZAT FREITEKH (1), and TARIK ) | |
| FREITEKH, a/k/a TAREQ FREITEKH (2), ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** to address scheduling concerns as to the following filings: the "Government's Motion And Brief Requesting Hearing On Status Of Counsel" (Document No. 37) filed August 23, 2021; the Government's "Motion For Peremptory Setting" (Document No. 38) filed August 24, 2021; and Attorney Chris Fialko's "Motion To Withdraw" (Document No. 46) filed August 30, 2021. The undersigned has consulted with the presiding district judge in this matter and observes that the resolution of these matters would benefit from coordination, that the Court would benefit from a hearing at which counsel would be heard on the various issues, and that a September 13, 2021 trial seems unlikely at this point. With all this in mind, the presiding district judge, the Honorable Frank D. Whitney, will hold a hearing to address these matters on September 13, 2021 at a time to be noticed by the Clerk.

**IT IS, THEREFORE, ORDERED** that a hearing shall be held before the Honorable Frank D. Whitney on September 13, 2021 at a time to be noticed by the Clerk to address the aforementioned motions.

**IT IS FURTHER ORDERED** that any additional pleadings related to the timing of the trial in this matter be filed as soon as possible. In the alternative, the parties may be heard by Judge Whitney on that subject at the hearing on September 13, 2021.

**SO ORDERED**.

Signed: September 1, 2021

David C. Keesler
United States Magistrate Judge