# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:20cr435**

V.

ORDER

**IZZAT FREITEKH (1)**
**TARIK FREITEKH (2)**

___

This **MATTER** is before the court upon the Defendants (Doc# 62 & 63) Motion to Continue from **JANUARY 3, 2022** to the next term of court.

The court finds the ends of justice served by taking such action outweighs the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

**IT IS THEREFORE ORDERED** that this trial be scheduled for the next term of court.

The Clerk is directed to certify copies of this order to Defendant, Counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: November 8, 2021

Frank D. Whitney
United States District Judge