UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CR-00435-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| IZZAT FREITEKH, *et al.*, ) | |
| Defendants. ) | |

THIS MATTER is before the Court on the following motions: (1) Defendant Tarik Freitekh's Motion to Quash Subpoena of Former Defense Counsel Christopher Fialko, (Doc. No. 71); (2) Fialko's Motion to Quash or Modify Trial Subpoena, (Doc. No. 73); (3) Defendant Izzat Freitekh's Motion to Adopt Tarik's Motion to Quash Subpoena of Fialko, (Doc. No. 76); (4) Izzat's Motion to Quash Subpoena Issued to Former Defense Counsel Preston Odom, (Doc. No. 77); and (5) Odom's Motion to Quash Subpoena, (Doc. No. 79).

For the reasons stated in open court at the hearing held on February 24, 2022, at 9:00 a.m., IT IS THEREFORE ORDERED that the Court GRANTS Izzat's Motion to Adopt Motion of Co-Defendant, (Doc. No. 76); GRANTS IN PART WITH MODIFICATION the remaining Fialko Motions, (Doc. Nos. 71, and 73), to the extent the Motions seek modification of the subpoena, as set forth below, and otherwise DENIES IN PART the Fialko Motions; and DENIES the Odom Motions, (Doc. Nos. 77 and 79). The trial subpoenas issued to Fialko and Odom shall be limited as follows:

1. Did you previously represent [Defendant] in this case?

2. During that representation, did you receive [the documents at issue] that you provided to

the Government on [date]?

3. What is the name of the person who gave you the [documents at issue]?

4. Were these documents provided to the Government for [reciprocal discovery/in connection with a proffer interview]?

5. Did you alter the [documents at issue] in any way before providing them to the Government?

IT IS SO ORDERED.

Signed: March 7, 2022

Frank D. Whitney
United States District Judge