UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cr-00435-FDW-DCK

| | |
|---|---|
| USA, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>IZZAT FREITEKH *et al.*, )<br>)<br>    Defendants. )<br>) | ORDER |

THIS MATTER is before the Court *sua sponte* regarding the docket in this matter following administrative review, which shows eleven pending motions. Immediately prior to and during trial, the Court ruled on the parties' motions (Doc. Nos. 47, 51, 80, 82, 91, 92, 95, 96, 99, 101, 113). The Court enters this Order to memorialize those oral rulings, which are contained in the transcript for trial and incorporated by reference herein. For the reasons stated in open court, the motions (Doc. Nos. 47, 51, 80, 82, 91, 92, 95, 96, 99, 101, 113), are granted in part and denied in part.

IT IS SO ORDERED.

Signed: June 8, 2022

_____
Frank D. Whitney
United States District Judge