UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cr-00435-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | |
| IZZAT FREITEKH, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Defendant's Motion for Bond Pending Appeal, (Doc. No. 184). For the reasons stated in the Government's brief in opposition, (Doc. No. 186), and the reasons already provided by this Court in its prior rulings on the issues raised in Defendant's instant motion, Defendant has failed to carry his burden to satisfy the requirements for release pending appeal in 18 U.S.C. § 3143(b). Accordingly, the motion is DENIED.

IT IS THEREFORE ORDERED that Defendant's Motion for Bond Pending Appeal, (Doc. No. 184), is DENIED.

IT IS SO ORDERED.

Signed: March 21, 2023

Frank D. Whitney
United States District Judge