UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CR-00435-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) **ORDER** |
| IZZAT FREITEKH, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Motion to Withdraw Compassionate Release Motion (Doc. No. 229). The United States does not oppose this motion. For good cause shown, Defendant's Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Withdraw Compassionate Release Motion, (Doc. No. 229), is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Compassionate Release (Doc. No. 223) is **TERMINATED** and the United States' Second Motion for Extension of Time to Respond (Doc. No. 226) is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

Signed: January 8, 2024

Frank D. Whitney
United States District Judge